AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| AROUND THE CLOCK A/C SERVICE, LLC<br>a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>AROUND THE CLOCK REFRIGERATION AIR &<br>REPAIR, LLC<br>a Florida Limited Liability Company<br><br>*Defendant(s)* | Civil Action No.<br><br>8:17-CV-1520-T-33 TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Around the Clock Refrigeration Air & Repair, LLC
Registered Agent: Justin Massey
9728 50th Street Cir East
Parrish, Florida 34219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elias R. Hilal, Esq.,
Williams Hilal Wigand Grande, PLLC
633 Southeast Third Avenue, Suite 301
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 6 2017

Date: _06/21/2017_ *ag*.

CLERK OF COURT

*[signature]*
*Signature of Clerk or Deputy Clerk*